# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

**GREGORY GORDON,**

**Petitioner,**

v.

**J.B. VAN HOLLEN, Attorney General, State of Wisconsin and ROBERT K. FOLLIS, Sheriff, Bayfield County Jail,**

**Respondents.**

**JUDGMENT IN A CIVIL CASE**

08-cv-336-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Gregory Gordon for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for petitioner's failure to exhaust his state court remedies and on the ground that this court is precluded by principles of comity from granting the relief sought.

**THERESA M. OWENS**

**Theresa M. Owens, Clerk**

**Connie A. Korth**
**by Deputy Clerk**

\_\_\_\_\_6/11/08 \_\_\_\_
Date